In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00534-CV**

_____

**IN RE COMMITMENT OF ROBERT PERRY RUSSELL JR.**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-05-05473 CV**

**MEMORANDUM OPINION**

A jury found that Robert Perry Russell Jr. suffers from a behavioral abnormality that predisposes him to engage in a predatory act of sexual violence. The trial court rendered a final judgment and an order of civil commitment. We affirm the trial court's judgment and order of civil commitment.

After perfecting appeal, Russell's appointed appellate counsel filed a brief certifying that the appeal is frivolous. Appellate counsel's brief presents counsel's professional evaluation of the record and asks this Court to accept the *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967); *In re Commitment of Rayson*, No. 09-06-081-CV, 2007 WL 846555, at *1 (Tex. App.—Beaumont Mar. 22, 2007, no

1

pet.) (mem. op.). On March 17, 2015, we granted leave to file a *pro se* brief. No *pro se* brief or other response has been filed.

We have reviewed the record and determined that this appeal is wholly frivolous. The *Anders* brief filed by appellate counsel adequately presents the case, and additional briefing will not aid in the satisfactory submission of the appeal. *See* Tex. R. App. P. 38.9. We find no arguable error requiring further action in this case. We affirm the trial court's judgment and order of civil commitment.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 18, 2015
Opinion Delivered August 13, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.